UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLTON KNOWLES, *on behalf of himself and all other persons similarly situated*,

                        Plaintiffs,

            – against –

DK COSMETICS, LLC,

                        Defendant.

**ORDER**

25-cv-03574 (ER)

Ramos, D.J.:

    Carlton Knowles brought this action against Dk Cosmetics, LLC on April 30, 2025. Doc. 1. Dk Cosmetics was served on July 15, 2025. Doc. 6. Since then, there has been no activity in this case.

    Knowles is directed to submit a status letter by no later than October 1, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:  September 25, 2025
           New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.