UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
          :

CARLTON KNOWLES, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

          No.: 1:25-cv-3574

         Plaintiffs,

          **NOTICE OF VOLUNTARY**
          **DISMISSAL**

         v.

DK COSMETICS, LLC,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

      Plaintiff(s), CARLTON KNOWLES, in accordance with Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby dismisses the above-entitled action without prejudice

and without fees and costs against Defendant, DK COSMETICS, LLC.


Dated:   New York, New York
         September 29, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Michael A. LaBollita
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:


_____
United States District Court Judge